```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/2021
```

# Mars Khaimov Law, PLLC

April 22, 2021

**VIA ECF**
Hon. Judge Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Quezada v. Fiddlershop Academy LLC
     Case No. 1:21 cv 01089 AT

Dear Judge Torres,

The undersigned represents Plaintiff Jose Quezada (hereinafter "Plaintiff") in the above referenced matter.
The initial conference for this matter is set for April 26, 2021. It is now April 22, 2021 and it has been brought to Plaintiff's attention that Defendant was improperly named in the above captioned matter. In light of this information, Plaintiff is requesting an adjournment of the initial conference to provide sufficient time to amend the complaint and serve the newly named Defendant, Fiddlerman LLC.

Thank you for your time and consideration of the above request.

/s/Mars Khaimov
Mars Khaimov, Esq., **Principal**
**Mars Khaimov Law, PLLC**

GRANTED.  By **April 30, 2021**, Plaintiff shall file amended complaint.  The initial pretrial conference scheduled for April 26, 2021, is ADJOURNED to **May 13, 2021**, at **10:40 a.m**.  By **May 6, 2021**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: April 23, 2021
       New York, New York

ANALISA TORRES
United States District Judge